UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BRIGGS,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>　　　　　　　　Defendant. | CASE NO. 3:24-cv-05969-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8.) |

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge Theresa L. Fricke. (Dkt. No. 8.) The Court, having considered the Report and Recommendation and the remaining record *de* novo, and no objections having been filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice; and

(3) Plaintiff's application to proceed *in forma pauperis* is DENIED.

Dated this 17th day of March, 2025.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8.) - 1

1
2
3   David G. Estudillo
    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8.) - 2